JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Satish Emrit | Case No. CV 18-05328-AB (KSx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| Saint Rose de Lima Hospital | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

On September 26, 2018, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was ordered to be filed no later than October 16, 2018. No response was filed to the Court's Order to Show Cause.

Furthermore, the last three items the Court mailed to Plaintiff at his address of record were returned as undeliverable.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: November 5, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.